IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00817-MEH

JOYCE CHARNEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2014.**

    In light of Judge Kane's Order Denying Preemptive Motion [docket #21], the Plaintiff's Motion for Leave to Supplement Motion for Early Remand with Material Facts [filed July 7, 2014; docket #19] is **denied as moot**.