IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00817-MEH

JOYCE CHARNEY,

        Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

        Defendant.

---

## FINAL JUDGMENT

---

        Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed

by the Honorable Michael E. Hegarty on October 6, 2014, incorporated herein by

reference, it is

        ORDERED that the Commissioner's final order is REVERSED.  It is

        FURTHER ORDERED the decision of the ALJ that Plaintiff Joyce Charney was

not disabled is REVERSED AND REMANDED for further review and explanation.  It is

        FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff,

Joyce Charney, and against Defendant, Carolyn Colvin, Acting Commissioner of Social

Security.


        DATED at Denver, Colorado this   7th    day of October, 2014.


                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk