IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00817-MEH

JOYCE CHARNEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## ORDER
---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) filed by Chris R. Noel, counsel for Plaintiff [filed October 9, 2015; docket #38]. Finding the fee request reasonable,

    IT IS ORDERED that attorney fees be granted in the amount of $9,457.50, which represents less than 25% of the past due benefits awarded to the Plaintiff and a portion of the sum originally withheld by the SSA, to Chris R. Noel, Esq.

    Dated at Denver, Colorado this 13th day of October, 2015.

                              BY THE COURT:

                              *Michael E. Hegarty*

                              Michael E. Hegarty
                              United States Magistrate Judge